UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH CECCHINI,

        Plaintiff,        No. Civ. S-08-1385 FCD KJM

  v.                          **ORDER FOR SANCTIONS AND TO SHOW CAUSE**

RICHARD FENLEY, et. al.,

        Defendants.

_____/

    On November 7, 2008, the Court issued a Minute Order requiring that a declaration as to the status of the case be filed within 10 court days of the Minute Order.

    As of December 2, 2008, no such declaration has been received nor has a joint status report been filed. Accordingly, the court makes the following orders:

    1. Plaintiff's counsel Mr. Miller shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

///

1     2. This sanction is personal to the attorney, is to
be borne by him personally, and is not to be transmitted to the
client by way of a charge of attorney's fees and/or costs.

      The court finds plaintiff counsel's continuing failure to
comply with the court's orders a very serious violation and
hereby makes the following orders:

      1. Plaintiff's counsel is ordered to show cause why
plaintiff's case should not be dismissed for failure to
prosecute.

      2. Plaintiff's counsel shall file a response to the order
to show cause on or before January 9, 2009.

      3. A hearing on this order to show cause is set for
Friday, January 16, 2009, at 10:00 a.m.

      IT IS SO ORDERED.

DATED: December 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE