1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

----oo0oo----

11

12 In the Matter of the Complaint
of JOSEPH CECCHINI,

NO. CIV. S-08-516 FCD/DAD

13          Plaintiff, Owner
            of the Vessel.

14                                      NOTICE OF ACTION BROUGHT FOR
                                        LIMITATION OF OR EXONERATION
15                                      FROM LIABILITY

16 _____/

17 In the Matter of the Complaint
of JOSEPH CECCHINI,

18                                      NO. CIV. S-08-1385 FCD/DAD
            Plaintiff, Owner
19          of the Vessel.

20

21 _____/

22

23                             ----oo0oo----

24     NOTICE is given that plaintiff Joseph Cecchini ("plaintiff")

25 has filed the above-captioned complaints pursuant to Sections

26 30501-30512 of Title 46 of the United States Code, claiming the

27 right to limitation of or exoneration from liability for all

28 claims arising from the collision of the "Westmar" while anchored

1 | in the Stockton Deep Water Channel, downstream and southeast of

2 | Windmill Cove Marina, in Stockton, California, with the vessel

3 | owned and operated by Ratha Ieng, said incident having taken

4 | place on June 23, 2007 at approximately 10:30 p.m.

5 |     All persons having claims must file them as provided in

6 | Federal Rules of Civil Procedure, Supplemental Admiralty and

7 | Maritime Claims Rule F ("Rule F"), with the Clerk of this Court

8 | at the United States Courthouse, located at 501 I Street,

9 | Sacramento, California, 95814 and serve a copy on plaintiff's

10 | attorney John C. Miller, Jr., Miller Law Inc., 1745 Creekside

11 | Drive, Folsom, California 95630, on or before the 30th day after

12 | issuance of this notice or suffer default.

13 |     Any claimant desiring to contest the right of plaintiff to

14 | limitation of liability must file an answer to the complaints, as

15 | required by Rule F, and serve a copy on plaintiff's attorney

16 | unless the claim has included an answer.

17 |     IT IS SO ORDERED.

18 | DATED: March 9, 2009

19 |

20 |

           FRANK C. DAMRELL, JR.

21 |            UNITED STATES DISTRICT JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28